UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN HERRERA,<br><br>       Plaintiff,<br><br>   v.<br><br>CIUMMO & ASSOCIATES, et al.,<br><br>       Defendants. | **14-cv-1492 AWI-GSA**<br><br>**ORDER GRANTING IFP**<br><br>**ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS**<br><br>**(Doc. 2)** |

   Plaintiff Ruben Herrera ("Plaintiff"), proceeding pro se while incarcerated at Coalinga State Hospital, has filed a complaint in this action along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Docs. 1, 2).

   Regarding his application to proceed in forma pauperis, Plaintiff has made the requisite showing under 28 U.S.C. § 1915(a). Accordingly, his application to proceed in forma pauperis is GRANTED. However, pursuant to 28 U.S.C. § 1915(b)(1), Plaintiff remains obligated to pay the statutory filing fee of $400.00 for this action when funds exist. Accordingly, Plaintiff shall make monthly payments in the amount of twenty percent of the preceding month's income credited to

Plaintiff's prison/hospital trust account. 28 U.S.C. § 1915(b)(2). The Secretary of the California Department of Corrections and Rehabilitation, or his designee, is required to send payments from Plaintiff's prison/hospital trust account to the Clerk of this Court each time the amount in the account exceeds $10.00. 28 U.S.C. § 1915(b)(2). Such payments shall continue to be made to the Clerk of this Court until the statutory filing fee of $400.00 is paid in full. *Id.*

As to the status of his complaint, Plaintiff is advised that pursuant to 28 U.S.C. § 1915(e)(2), the court must conduct an initial review of every pro se complaint to determine whether the complaint is legally sufficient under the applicable pleading standards. The court must dismiss a complaint, or portion thereof, if the court determines that the complaint is legally frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). If the court determines that the complaint fails to state a claim, leave to amend may be granted to the extent that the deficiencies in the complaint can be cured by amendment. Plaintiff's complaint will be screened in due course.

## ORDER

IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis is GRANTED;

2. The Secretary of the California Department of Corrections and Rehabilitation, or his designee, **shall** collect payments from Plaintiff's prison/hospital trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account, and, each time the amount in the account exceeds $10.00, forward those payments to the Clerk of this Court in accordance with 28 U.S.C. § 1915(b)(2), until a total of $400.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action;

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's in forma pauperis application on the Secretary of the California Department of Corrections and Rehabilitation via the Court's electronic filing system (CM/ECF);

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Fresno Division; and

5. Within sixty (60) days of the date of service of this order, Plaintiff shall submit a certified copy of his prison/state hospital trust account statement for the six-month period immediately preceding the filing of the complaint, from the appropriate official at each institution at which Plaintiff is or was confined, if Plaintiff has not already done so.

IT IS SO ORDERED.

Dated:   **November 18, 2014**            /s/ Gary S. Austin
                                          UNITED STATES MAGISTRATE JUDGE